STATE OF NEW JERSEY v. JAMES CAMPBELL.

March 16, 1982.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF ALEXANDER EAGLE-
SON, DECEASED v. INVESTORS AND LENDERS, LTD.

March 16, 1982.

Petition for certification denied.

RICHARD DICKHAUS v. JERSEY CENTRAL POWER AND
LIGHT COMPANY.

March 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE KITT.

March 16, 1982.

Petition for certification denied.